# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                         Case No.: 1:05−cr−00921

                                                      Honorable Elaine E. Bucklo

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 13, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: Defendant Warren has filed numerous pro se documents, as well as recently mailed interrogatories to Magistrate Judge Geraldine Soat Brown. Because Mr. Warren is represented by counsel, all court filings in this case, and any discovery, must be submitted through his attorney. Mr. Warren should refrain from filing any more pro se documents. The court additionally notes that because this case is currently on appeal, the district court lacks jurisdiction to grant relief in this matter. Therefore,motion to vacate [282] is terminated as to Richard E Warren (1). Motion [283] is also terminated as to Richard E Warren (1). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.