USPS Certified Mail No.:  7010 0290 0003 6274 5295
UCC-1 Registration No.: P 560706-1

Richard-Eugene: Warren, Lien Creditor,
Authorized Representative, and Beneficiary
to RICHARD EUGENE WARREN (560540495)
c/o 1609 Symphony Court
city of Hughson, California republic
without the United States
c/o Non-Domestic, Foreign Mail
Zoning Improvement Plan EXEMPT, (DMSM A010.1.2d)
EIN #56-0540495

TO:

    ELAINE E. BUCKLO,
    UNITED STATES DISTRICT COURT JUDGE
    and Trustee, Case No. 1:05-CR-00921-1
    219 SOUTH DEARBORN STREET
    CHICAGO, ILLINOIS 60604
    Trustee

    MICHAEL W. DOBBINS,
    EXECUTIVE OFFICER/COURT CLERK
    and Co-Trustee, Case No. 1:05-CR-00921-1
    CHICAGO, ILLINOIS 60604
    Recipient

    JACQUELINE O. STERN,
    ASSISTANT U.S. ATTORNEY
    and Co-TRustee, Case No. 1:05-CR-00921-1
    219 SOUTH DEARBORN STREET, ROOM 500
    CHICAGO, ILLINOIS 60604

FILED
JAN 11 2011
Jan 11, 2011
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## LETTER OF CREDIT
### LETTER OF CREDIT NO.: LOC-1:05-CR-00921-1

**In the amount of:** One Hundred Million United States Dollars
($100,000,000.00)

**TO:** UNITED STATES OF AMERICA, INC.; ELAINE E. BUCKLO, U.S. DISTRICT COURT JUDGE; MICHAEL W. DOBBINS, EXECUTIVE OFFICER/COURT CLERK; and JACQUELINE O. STERN, ASSISTANT U.S. ATTORNEY.

    The undersigned, Richard-Eugene: Warren, sui juris, creates this Letter of Credit pursuant to the Uniform Commercial Code (UCC) §5-102(1)(c) et seq. for the sole purpose of discharging any private bonding requirement to make payment in the above stated amount which includes the bonding One Hundred Million Dollars and no Cents ($100,000,000.00)

page 1                                                 LOC-1:05-CR-00921-1

The issuer of this Letter of Credit was made bankrupt/insolvent, as that term is defined in UCC § 1-201(23), by the United States Congress, 73rd, 1st Session by the passage of Executive Order 2039 of March 6, 1933 and Executive Order 2040 of March 9, 1933 and subsequent Executive Order(s), including HJR-192 of June 5, 1933, suspending Richard-Eugene; Warren's lawful public money system and ability/Right to Pay any lawful money.

The issuer of this Letter of Credit was made bankrupt/insolvent by these above mentioned Executive Orders, approved by Congress and the Senate, thereby causing Richard-Eugene: Warren to lose his Right to Pay any debt 'in law' without becoming a tort feasor, and further denying any obligee a right to demand payment in any coin or currency of the United States . (See HJR-192)

The issuer of this Letter of Credit declares that he had no Privity or knowledge of this peril of bankruptcy/insolvency created by the above mentioned Executive Orders until recently. Richard-Eugene: Warren further declares that the Congress and Senate of of the United States had Privity and Knowledge of the imminent danger of bankruptcy/insolvency created by the above mentioned Executive Orders and knew that the de jure People, Richard-Eugene: Warren, would be forced to perform services in discharge of their inability to pay.

Richard-Eugene: Warren, sui juris, claims exoneration from Limited Liability for the discharge of the public and national debt created by the UNITED STATES (District of Columbia), based on its Privity and Knowledge of Congress and Senate of the corporate UNITED STATES.

The issuer, has to his credit a claim and interest in the following: All Gold and Silver seized and held by the Treasury of the United States; and, Claim and interest in Asset Exchange, Certificate of Live Birth/Bond valued as One-Hundred Billion United States Dollars (Ref. Posted Shipper Tracking No.: 7010 0290 0003 6274 5295 Private Offset Account No. 560540495, further, Richard-Eugene: Warren in all has to his credit which he estimates to be in excess of Two Hundred Billion Dollars on Deposit with the Treasury of the United States ($200,000,000,000.00) and the Federal Government, because the same has repudiated its obligation to make payment.

Richard-Eugene: Warren has not been paid for his goods and services, which includes past production, etc., since March 6, 1933 and March 9, 1933 by Executive Orders 2039 and 2040, under so-called WAR AND EMERGENCY ACT, pursuant to the TRADING WITH THE ENEMY ACT of October 6, 1917, as amended. The American Economic base, i.e., Agriculture has not received parity for these commodities in the market place because of the Federal Reserve System causing a totally unbalanced economy, preventing Mr-American: from receiving a fair price or any money, all for the benefit of the cheap food policy for the benfit of the whole.

UNITED STATES DISTRICT COURT FOR NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, dba, UNITED STATES DISTRICT COURT; ELAINE E. BUCKLO, JUDGE; MICHAEL W. DOBBINS, EXECUTIVE OFFICER/COURT CLERK; JACQUELINE O. STERN, ASSISTANT U.S. ATTORNEY or its/their Officers, Agents, and/or Employees and/or their successors/assigns may present this Letter of Credit to the Treasurer of the United States when it becomes necessary for payment in lawful Money, which will Pay for this bond in lawful Money, thereby preventing any violation of Richard-Eugene: Warren's rights by demanding payment, when by the said mentioned Executive Orders, approved by Congress and the Senate preventing Richard-Eugene: Warren from ever making payment.

If this Letter of Credit is denied for any reason, denying Richard-Eugene: Warren the right to draw upon his claim and interest in the Gold held by the Treasury of the United States of America and his deficiency payment caused by the WAR AND EMERGENCY ACT (Executive Orders 2039 and 2040), under public policy (private law) of the New Constitution for the united States of America, seventeen-hundred and eighty-seven, because involuntary servitude has been abolished, and the undersigned, pursuant to his First Amendment Right (one of those Rights public servants are obligated to protect), a Right to not be compelled to be a part of a corporation, church, communistic State or to make self-sacrifice to a false god.

This Letter of Credit, secured by accounts receivable (On Deposit with the Treasury, Private Offset Account No. 560540495) for non-payment by the United States Treasury, and for the purpose of discharging payment in like kind, debt-for-debt, which is the only means by which Richard-Eugene: Warren has of discharging the debt placed on him by the UNITED STATES (and 'its' subsidiaries). This Letter of Credit constitutes a discharge, should the need occur, under bankruptcy and insolvency, placed upon the undersigned by the before mentioned Executive Orders, 2039 and 2040, of March 6, 1933 and March 9, 1933.

Signed and Sealed this 29th day of the 12th month in the year of our LORD two thousand ten A.D.

Without prejudice, Under reserve (UCC §1-308)

*Richard Eugene Warren*
Richard-Eugene: Warren, sui juris
Lien Creditor,
Authorized Representative,
Representative of government and
Sole Beneficiary to
RICHARD EUGENE WARREN
(560540495)

By: *Richard Eugene Warren*
Auth. Rep.

Settlement and Closure of this Presentment

Payment/Exemption #

56-0540495

D 92197952

---

Public Corporation Transaction

Drawn on FEDERAL RESERVE BANK ACCOUNT

**MONEY ON ACCOUNT ORDER**

Tracking Number: REW-005-MO
Date: *December 24, 2010*

Pay to the Order of: *UNITED STATES DISTRICT COURT*
FOR: *One Hundred Million and No/100* $*100,000,000.00* DOLLARS

Charged/Drawn on Account: # *D 92197952*

*Richard Eugene Warren*
RICHARD EUGENE WARREN

Passed Through EIN Account: *56-0540495*
RICHARD EUGENE WARREN Auth. Rep.

Recommend: IRS Technical Support Division
C/O The Treasury UCC Contract Trust Department of the IRS
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, D.C. 20220

Memo: Settlement of 1:05-CR-00921-

Original Issue

Without Recourse
Void where prohibited by law

| | | |
|---|---|---|
| CORRECTED (if checked) | | |

| LENDER'S name, street address, city, state, ZIP code, and telephone no. | | OMB No. 1545-0877 | |
|---|---|---|---|
| RICHARD EUGENE WARREN<br>1609 SYMPHONY COURT<br>HUGSON, CA 95326 | | Form 1099-A **2009** | **Acquisition or Abandonment of Secured Property** |

| LENDER'S federal identification number | BORROWER'S identification number | 1 Date of lender's acquisition or knowledge of abandonment<br>11/14/2005 | 2 Balance of principal outstanding<br>$ | |
|---|---|---|---|---|
| 55-0540405 | 003197053 | 3 | 4 Fair market value of property<br>$ | **Copy B**<br>**For Borrower** |

BORROWER'S name

Richard-Eugene: Warren

Street address (including apt. no.) c/o Non-Domestic

Foreign Mail near 1609 Symphony Court

City, state, and ZIP code

City of Hugnson, California state

| 5 Was borrower personally liable for repayment of the debt?<br>☐ Yes ☒ No | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
|---|---|
| 6 Description of property<br>Asset transfer to pay liabilities in the U.S. District Court #1:05crph091-1 | |

Account number (see instructions)

1099-1-05CR-0091-1

Form **1099-A**          (keep for your records)          Department of the Treasury - Internal Revenue Service

## Instructions for Borrower

Certain lenders who acquire an interest in property that was security for a loan or who have reason to know that such property has been abandoned must provide you with this statement. You may have reportable income or loss because of such acquisition or abandonment. Gain or loss from an acquisition generally is measured by the difference between your adjusted basis in the property and the amount of your debt canceled in exchange for the property, or, if greater, the sale proceeds. If you abandoned the property, you may have income from the discharge of indebtedness in the amount of the unpaid balance of your canceled debt. You also may have a loss from abandonment up to the adjusted basis of the property at the time of abandonment. Losses on acquisitions or abandonments of property held for personal use are not deductible. See Pub. 4681, Canceled Debts, Foreclosures, Repossessions, and Abandonments (for Individuals), for information about foreclosures and abandonments.

Property means any real property (such as a personal residence); any intangible property; and tangible personal property that is held for investment or used in a trade or business.

If you borrowed money on this property with someone else, each of you should receive this statement.

**Account number.** May show an account or other unique number the lender assigned to distinguish your account.

**Box 1.** For a lender's acquisition of property that was security for a loan, the date shown is generally the earlier of the date title was transferred to the lender or the date possession and the burdens and benefits of ownership were transferred to the lender. This may be the date of a foreclosure or execution sale or the date your right of redemption or objection expired. For an abandonment, the date shown is the date on which the lender first knew or had reason to know that the property was abandoned or the date of a foreclosure, execution, or similar sale.

**Box 2.** Shows the debt (principal only) owed to the lender on the loan when the interest in the property was acquired by the lender or on the date the lender first knew or had reason to know that the property was abandoned.

**Box 4.** Shows the fair market value of the property. If the amount in box 4 is less than the amount in box 2, and your debt is canceled, you may have cancellation of debt income. If the property was your main home, see Pub. 523, Selling Your Home, to figure any taxable gain or ordinary income.

**Box 5.** Shows whether you were personally liable for repayment of the loan when the debt was created or, if modified, when it was last modified.

**Box 6.** Shows the description of the property acquired by the lender or abandoned by you. If "CCC" is shown, the form indicates the amount of any Commodity Credit Corporation loan outstanding when you forfeited your commodity.