MA

CLERK OF THE COURT

FROM: Executor-Richard-Eugene-Warren
70874083
c/o CMU-THA
P.O. Box 33
Terre Haute, Indiana 47808

June 9. 2014

**FILED**

JUN 16 2014 MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

TO: Michael W. Dobbins
Clerk of the Court
U.S. District Court
219 South Dearborn Street
Chicago, Illinois 60604

RE: STATEMENT OF ACCOUNT-----CERTIFIED COPY OF WRIT OF COMMTMENT

Dear Mr. Dobbins;

    I have written you and my wife has written you in regards to an account statement regarding cause number 05cr0921-1 without receiving any such accounting. The FBOP states that I owe some "money" to this court as some kind of payment due this court and I am entitled to a statement that reflects any amount so claimed by this court and I hereby require a true copy of same.

    In addition to the above, I hereby also require a true copy of any execution document which is executed by a sentencing judge and signed by you as the Court Clerk as is prescribed by law. Since the law states that no one may be restrained of their Liberty without an order signed by both a sentencing judge and the Clerk of the Court which also bears the seal of the Court and I have requested such a document from both the FBOP and this court and to date have not received same.

    I further require said documents to be either certified under the form 2866 (Certificate of Official Record) or in the absence of any such documents, please certify that they do not exist by using Form 3050 (Certificate of Lack of Records).

    Since this is my second request, I am taking the liberty of copying Congressman Jeff Denham and Patric J. Leahy-Senator. I intend to use any response in a suit in a forum of my choice to address this urgent matter which has gone unaddressed for more than two years.

    Thank you for your prompt response.

Respectfully submitted,
Without prejudice,

*Executor-Richard-Eugene-Warren*

Executor-Richard-Eugene-Warren, sui Juris

cc: Congressman Jeff Denham
    Senator Patric J. Leahy
bcc:

page 1 of 1